1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,          )
                                    )
      Plaintiff,          )
                                    )
vs.                                 )          2:14-cr-00176-JAD-VCF-1
                                    )
JOHNNY LEE BASS,                    )
                                    )
      Defendant.          )          **ORDER**
_____)

      On May 21, 2014  the Federal Public Defender was appointed to represent Johnny Lee Bass. The court has been advised that a conflict exists.

      Accordingly,

      IT IS HEREBY ORDERED that the sealed ex parte motion to withdraw and appointment of new counsel (#14) is GRANTED.

      IT IS FURTHER ORDERED that Karen A. Connolly, is APPOINTED as counsel for Johnny Lee Bass in place of the Federal Public Defender for all future proceedings.

      The Federal Public Defender shall forward the file to Ms. Connolly forthwith.

      DATED  this 25th day of June, 2014.

                                     _____
                                     UNITED STATES MAGISTRATE  JUDGE