UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

    Respondent/Plaintiff

v.

Johnny Lee Bass,

    Petitioner/Defendant

2:14-cr-00176-JAD-VCF

**Order Directing Response**

    Johnny Lee Bass has filed a 28 USC § 2255 motion to vacate his sentence in light of the United States Supreme Court's decision in *Johnson v. United States*, and requests that his case be set for de novo sentencing.[1]  I have screened Bass's motion, find that this court has jurisdiction, and that Bass's motion may be meritorious.  Accordingly,

    IT IS HEREBY ORDERED that **the government must file a response to Bass's motion by June 16, 2016.  Bass will have 10 days from service of the government's response to file a reply.**

    Dated this 16th day of May, 2016.

                                                              _____
                                                              Jennifer A. Dorsey
                                                              United States District Judge

---

[1] ECF No. 40.